UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 23 PM 12: 36

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. |
| Plaintiff, ) | '08 MJ 1244 |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| 1.) Lucio SANTIAGO-Morales, ) | Transportation of Illegal |
| 2.) Eustaquio LUIS-Santiago  ) | Aliens |
| ) | |
| Defendant(s) ) | |

The undersigned complainant, being duly sworn, states:

On or about **April 22, 2008**, within the Southern District of California, defendants **Lucio SANTIAGO-Morales, and Eustaquio LUIS-Santiago** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Noe BARRITA-Colmenares, Jaime Francisco BARRITA-Cruz, and Bulmaro Octaviano BARRITA-Colmenares** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 23rd DAY OF **APRIL 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
1.) Lucio SANTIAGO-Morales
2.) Eustaquio LUIS-Santiago

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Noe BARRITA-Colmenares, Jaime Francisco BARRITA-Cruz,** and **Bulmaro Octaviano BARRITA-Colmenares** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 22, 2008, Senior Patrol Agent J. Petras was conducting anti-smuggling duties in Eastern San Diego County as assigned to the San Diego Sector Smuggling Interdiction Group (SIG). Agent Petras was in plainclothes, and operating an unmarked DHS surveillance/enforcement vehicle with fully functioning emergency lights and audible police siren. Agent Petras was monitoring activities in an area near the Sunrise Highway and Interstate 8 Interchange. This area is located in a remote mountainous region approximately 50 miles east of San Diego, California and 20 miles northeast of the Tecate, California Port of Entry.

At approximately 2:45 AM, Agent Petras observed two Toyota 4-Runner sport utility vehicles; (one white and the other maroon) conduct illegal U-Turns in tandem at Sunrise Highway from eastbound I-8 to westbound I-8. Agent Petras alerted other SIG Agents of his observations and initiated mobile surveillance of both 4-Runners. SIG Agents J. Miranda, L. Rodriguez, T. Engelhorn and J. Baez responded to assist. Agent Miranda pulled alongside the white 4-Runner and contacted Border Patrol Radio Dispatch requesting stolen vehicle/registered owner information on the white 4-Runner referencing its displayed California license plate. Dispatch relayed that it had not been reported stolen and the registered owner was listed as Defendant #1 **Lucio SANTIAGO-Morales** of Oceanside, California. Agent Petras contacted Border Patrol Radio Dispatch requesting stolen vehicle/registered owner information on the maroon 4-Runner referencing its displayed California license plate. DMV records listed a release of liability to a Jose Luis SANTIAGO of Oceanside, California, with a transfer date of February 5, 2008. The DMV listed it as salvaged.

Based on the foregoing, Agents requested a marked Border Patrol vehicle to perform a vehicle stop on the tandem 4-Runners. An agent responded from the El Cajon Station. While awaiting the marked unit, Agent Petras observed the white 4-Runner begin to exit the interstate, before quickly pulling back on westbound Interstate 8. Agents perceived this as the driver conducting counter-surveillance, attempting to make agents react to his sudden lane changes. SIG Agents decided to attempt vehicle stops on the 4-Runners immediately without waiting for a marked Border Patrol unit. Agent Petras activated his fully functioning emergency lights and audible police siren. The maroon 4-Runner yielded without incident. Agent Miranda activated his fully functioning emergency lights and audible police siren. The white 4-Runner yielded without incident.

Agent Petras approached the maroon 4-Runner and immediately observed several individuals lying in the rear cargo area and on the rear seat. Agent Petras identified himself as a United States Border Patrol Agent to the driver and six passengers. Agent Petras questioned all seven occupants, including the driver, identified as Defendant #2 **Eustaquio LUIS-Santiago** as to their citizenship and immigration status. All seven occupants of the maroon 4-Runner admitted that they were citizens and nationals of Mexico. None could produce any immigration documents allowing them to enter, be or remain in the United States legally. All admitted to being illegally present in the United States. Agent Petras placed all seven individuals found inside the maroon 4-Runner under arrest.

CONTINUATION OF COMPLAINT:
1.) Lucio SANTIAGO-Morales
2.) Eustaquio LUIS-Santiago

Agent Miranda approached the white 4-Runner and also observed several individuals lying in the rear cargo area and on the rear seat. Agent Miranda identified himself as a United States Border Patrol Agent to the driver and six passengers. Agent Miranda questioned all seven occupants, including the driver, identified as Defendant #1 **Lucio SANTIAGO-Morales** as to their citizenship and immigration status. All seven occupants of the white 4-Runner admitted that they were citizens and nationals of Mexico. None could produce any immigration documents allowing them to enter, be or remain in the United States legally. All admitted to being illegally present in the United States. Agent Miranda placed all seven individuals found inside the white 4-Runner under arrest. All fourteen individuals arrested in both the 4-Runners were transported to the El Cajon Border Patrol Station for processing.

### DEFENDANT STATEMENT Lucio SANTIAGO-Morales:

The defendant was read his Miranda Warnings and was willing to make a statement without an attorney present. The defendant freely admitted to being a citizen and national of Mexico illegally present in the United States without the proper documentation. He stated he works in partnership with another smuggler by the name of "El Fito" who offered him a job of $50.00 per alien, which the defendant accepted. The defendant stated "El Fito" contacted him approximately three days prior to this event and was told another similar vehicle would be following him to load illegal aliens as well. He stated they waited approximately ten minutes before six aliens loaded in his vehicle and an unknown amount in the other vehicle behind him. The defendant denied knowing the driver of the other vehicle, but did in fact admit to knowing it was illegal to smuggle illegal aliens.

### DEFENDANT STATEMENT Eustaquio LUIS-Santiago:

The defendant was read his Miranda Warnings and was willing to make a statement without an attorney present. He freely admitted to being a citizen and national present in the United States without the proper documentation. Approximately one week ago the defendant was offered $150.00 to smuggle a group of aliens by a man named Altelmo. Atelmo told the defendant that another similar vehicle with **SANTIAGO-Morales** driving, would be loading illegal aliens on this event. He stated he met with **SANTIAGO-Morales** at a convenience store prior to loading the illegal aliens on today's event. After exiting the Interstate both vehicles honked their horns and within minutes the group came out of the brush and loaded into both vehicles. He stated he did in fact know that it was illegal to smuggle illegal aliens but was in need of money.

### MATERIAL WITNESSES STATEMENTS:

Material witnesses **Noe BARRITA-Colmenares, Jaime Francisco BARRITA-Cruz,** and **Bulmaro Octaviano BARRITA-Colmenares** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They admit to entering the United States illegally. The material witnesses stated that they were to pay, or some was going to pay approximately $2,000.00 to $2,200.00 (US) to be smuggled into the United States. All three individuals were able to describe the load vehicles as one red and the other white sport utility vehicles.