
(3A)

**NOT FOR PUBLIC VIEW**

## FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES   ☒ MAGISTRATE   ☐ DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)

IN THE CASE OF

US v.s. Santiago-Murales

FOR

AT

**FILED**

APR 24 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _Ramne_ DEPUTY

| LOCATION NUMBER |
|---|

PERSON REPRESENTED (Show your full name)

Lucio Santiago. Morales

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

| DOCKET NUMBERS |
|---|
| Magistrate  08MG1244 |
| District Court |
| Court of Appeals |

CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony   ☐ Misdemeanor

8 USC § 1324

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

| | | |
|---|---|---|
| **EMPLOY-MENT** | Are you now employed? ☐ Yes  ☐ No  ☒ Am Self-Employed | |
| | Name and address of employer: LANDSCAPING - Different Sub-Contracters . | |
| | IF YES, how much do you earn per month? $ 1600.00 | IF NO, give month and year of last employment How much did you earn per month? $ |
| | If married is your Spouse employed? ☐ Yes ☐ No | |
| | IF YES, how much does your Spouse earn per month? $ N/A | If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ N/A |

**ASSETS**

| OTHER INCOME | Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No |
|---|---|
| | IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES | RECEIVED N/A   $ | SOURCES N/A |

| CASH | Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No   IF YES, state total amount $ Ø |
|---|---|

| PROP-ERTY | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No |
|---|---|
| | IF YES, GIVE THE VALUE AND DESCRIBE IT | VALUE $2,500.00 | DESCRIPTION 1993 TOYOTA FOUR-RUNNER |

| **DEPENDENTS** | MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|---|
| | ☒ SINGLE | | N/A |
| | ___ MARRIED | | |
| | ___ WIDOWED | Ø | |
| | ___ SEPARATED OR DIVORCED | | |

**OBLIGATIONS & DEBTS**

| DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| | RENT | | $ | $ 200.00 |
| | FOOD & CLOTHING | | $ | $ 450.00 |
| | INSURANCE | | $ | $ 55.00 |
| | | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **4-24-2008**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _Lucio Santiago M._